GERALD M. SHAPIRO
Licensed in Illinois & Florida
DAVID S. KREISMAN
Licensed in Illinois
SHARI SELTZER BARAK

JOHN A. DICARO
Managing Partner

ALISSA L. BAADER
FRANK M. CASSARA
MICHAEL J. CHATWIN
JILLIAN K. FARRAR
GARY M. KANELLIS
ANNE MILLER-HULBERT
ELLIS M. OSTER

KAREN R. MCCLOSKEY
Of Counsel

Law Offices of

# Shapiro, DiCaro & Barak, LLP

250 Mile Crossing Boulevard
Suite One
Rochester, New York 14624
(585) 247-9000
FAX(585) 247-7380

COMMACK OFFICE

SHARI SELTZER BARAK
Managing Partner

105 Maxess Road
Suite N109
Melville, NY 11747
(631) 844-9611
FAX(631) 4844-9525

JOSE ARIAS, JR.
JOHN D. DELLO-IACONO
JENNIFER RANDO CRISTIANO

May 19, 2010


Derrick Hanna
7504 Fifth Ave
Brooklyn, NY 11209


RE: Pinhas Shaool and Rachel Shaool
     Chapter 7
     Case Number: 10-41163
     S&D File Number: 09-081378

Dear Mr. Hanna:

This Notice is provided pursuant to your Loss Mitigation Request with respect to the mortgage serviced by JPMorgan Chase Bank, N.A. The Loss Mitigation contact for JPMorgan Chase Bank, N.A. is as follows:

       Sandra Alexander
       Sr. Lead Operations Specialist
       Bankruptcy Department
       Phone: 843-673-3105
       Fax: 469-948-9448
       sandra.p.alexander@chase.com

We are enclosing a copy of the financial form which must be completed and returned to JPMorgan Chase Bank.

Very truly yours,


Anne E. Miller-Hulbert